# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FT. MYERS DIVISION

DANIEL W. MCMAHON,

    Plaintiff,

v.                                                      CASE NO. 2:11-CV-00374-FtM-36SPC

KEVIN RAMBOSK, in the official capacity,
DAVID JOLICOEUR, SALLY LEE HURTADO,
STEVEN YOUNG, ROBERT CAPIZZI,
KENNETH MARTINDALE, NANCY
FIGUEROA, JULIE GREEN,

    Defendants.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Sheri Polster Chappell, on August 3, 2011 (Doc. 14). Before Judge Chappell was Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 2), Plaintiff's *pro se* Motion About Disability and Amended Complaint (Doc. 10), and Plaintiff's Amended Motion for Leave to Proceed *In Forma Pauperis* (Doc. 12). In the Report and Recommendation, Judge Chappell noted an ongoing case brought by Plaintiff that arose out of the same facts and involved some of the same defendants. *See McMahon v. Cleveland Clinic Foundation Police Department, et al.*, Case No. 2:06-CV-00179-FtM-36SPC. At the time the Report and Recommendation was issued, an appeal of this 2006 lawsuit was pending before the Eleventh Circuit. Given the similarity between the 2006 lawsuit and the instant case, the Magistrate recommended that the instant matter be stayed pending the resolution of the appeal of the 2006 lawsuit. On November 9, 2011, the United States Court of Appeals for the Eleventh Circuit affirmed the decision of the District Court in the 2006 lawsuit. *See* 2:06-CV-

00179-FtM-36SPC, Doc. 368.  Thus, it is now appropriate for the Court to consider the merits of Plaintiff's outstanding motions.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 14) is adopted, confirmed, and approved to the extent that it recommends a stay of the instant proceedings pending the resolution of the appeal in the matter *McMahon v. Cleveland Clinic Foundation Police Department, et al.*, Case No. 2:06-CV-00179-FtM-36SPC, and is made a part of this order for all purposes, including appellate review.  However, because the appeal has been resolved, there is no longer a need to stay this matter.

2. Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 2), is **DENIED** as moot.  Plaintiff's *pro se* Motion About Disability and Amended Complaint (Doc. 10), and Plaintiff's Amended Motion for Leave to Proceed *In Forma Pauperis* (Doc. 12) are **REFERRED** to the Magistrate for consideration on the merits.

3. Plaintiff's Motion to Continue After Court of Appeals Ruling (Doc. 20) is **GRANTED**.  Plaintiff's Second Motion to Continue After Court of Appeals Ruling (Doc. 24) is **DENIED** as duplicative.

**DONE AND ORDERED** at Ft. Myers, Florida, on January 11, 2012.

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD