UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANIEL W. MCMAHON,

        Plaintiff,

-vs-                                      Case No.   2:11-cv-374-FtM-99SPC

KEVIN RAMBOSK, in the official capacity,
DAVID JOLICOEUR, SALLY LEE HURTADO,
STEVEN YOUNG, ROBERT CAPIZZI,
KENNETH MARTINDALE, NANCY
FIGUEROA, JULIE GREEN, ,

        Defendants.
_____

**ORDER**

      This matter comes before the Court on the Plaintiff, Daniel W. McMahon's Motion for Extension of Time (Doc. #28) filed on February 6, 2012.  District courts have broad discretion in managing their cases. Chrysler Int'l Corp. v. Chenaly, 280 F.3d 1358, 1360 (11th Cir. 2002). The broad discretion given to the court includes the management of pretrial activities such as discovery and scheduling. Id. (citing Johnson v. Bd. of Regents of Univ. Georgia, 263 F.3d 1234, 1269 (11th Cir. 2001).

      The Plaintiff moves the Court for an extension of time to submit his Second Amended Complaint.  The current deadline to file his Second Amended Complaint is February 25, 2012.  As grounds for the extension, the Plaintiff states that there are some medical issues that will require him more time before he can file his Second Amended Complaint.  Although the Motion is somewhat premature, the Court will grant the request and allow a brief extension of time.

Accordingly, it is now

**ORDERED:**

The Plaintiff, Daniel W. McMahon's Motion for Extension of Time (Doc. #28) is **GRANTED**. The Plaintiff has up to and including **March 8, 2012**, to file his Second Amended Complaint.

**DONE AND ORDERED** at Fort Myers, Florida, this __8th__ day of February, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record